**Order filed October 27, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00423-CV
_____

### ASHLEY WILKERSON, Appellant

### V.

### ELIZABETH ARRINGTON, M.D., RAKEL BEALL, M.D. AND MOLLIE GORDON, M.D., Appellees

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-66027**

## ORDER

This appeal is from an order signed May 16, 2016. Appellant filed a notice of appeal on May 23, 2016. Appellant filed an affidavit of indigence on June 3, 2016, which this court referred to the trial court.

On August 11, 2016, the trial court filed a supplemental clerk's record which indicates a contest to the affidavit was filed but no hearing was held nor findings

entered. In light of this record, and pursuant to Texas Rule of Civil Procedure 145, appellant is deemed indigent and may proceed without payment of costs.

Accordingly, the Harris County District Clerk is directed to file the clerk's record **within 30 days** of the date of this order.

PER CURIAM